IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED
FEB 0 6 2003
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| SIMPSON ETUKUDO | § | |
| VS | § | CIVIL ACTION NO. G-02-CV-829 |
| UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON, ET AL | § | |

## ORDER

On this day, the Court considered Plaintiff's Motion for Leave to file a Second Amended Complaint, and the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff is allowed to file his Second Amended Complaint.

Signed on _____Feb. 5th_____, 2002.

_____
Judge Presiding

APPROVED AS TO FORM AND ENTRY:

_____
Harry C. Arthur
SBN: 01364000
1305 Prairie, Suite 200
Houston, Texas 77002
713-224-7996
713-237-9217 FAX

ATTORNEY FOR SIMPSON ETUKUDO